■ In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Appellants, Relative to Acquiring Title to Real Estate for the City of New York, in the Counties of Sullivan and Orange. HENRY NEILSON et al., Respondents.— Motions to clarify, correct and/or modify the decision of this court handed down on June 30, 1958 (6 A D 2d 837), so as to make the same consistent and in accordance with the facts. Motions denied, without costs, and without prejudice to the movants, if they be so advised, to make such further application to the Special Term on papers which will fully disclose all the relevant facts or to commence such further proceedings as they may deem proper. In support of the motions, the movants have recited facts which do not appear to have been presented to the Special Term in the original proceeding and which were not presented to this court on the appeal. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Title to Real Estate for the City of New York, in the Counties of Sullivan and Orange. ELIAS H. JACOBS et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of EDWARD H. INNET et al., Constituting the Town Board of the Town of Greenburgh, et al., Appellants, against JULIAN LIBERMAN et al., Constituting the Zoning Board of Appeals of the Town of Greenburgh, et al., Respondents. In the Matter of DON P. WALLACH et al., Appellants, against JULIAN LIBERMAN et al., Constituting the Zoning Board of Appeals of the Town of Greenburgh, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of BENNY KLEIN et al., Petitioners, against RALPH L. BOHN et al., Constituting the Zoning Board of Appeals of the City of Mount Vernon, et al., Respondents.— Motion to dismiss proceeding transferred to this court (Civ. Prac. Act, § 1296) for failure to serve a printed proposed "case" in such proceeding. Motion denied on condition that petitioners perfect the proceeding for the January 1959 Term (for which term the proceeding is set down) and be ready for argument when reached; otherwise, motion granted, with $10 costs. The motion has been considered as one to dismiss for failure to bring on the proceeding for determination in this court. (Rules App. Div., 2d Dept., rule VII.) In the absence of a statute or an order of this court, dispensing with printing, the moving party in an enumerated cause, such as this proceeding, is required to print the necessary papers. (Rules App. Div., 2d Dept., rule IX.) Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of QUEENS COUNTY BAR ASSOCIATION in Respect of THOMAS R. COLFER, Admitted as THOMAS R. COLFER, JR., an Attorney, Respondent.— Motion to discipline respondent. No answer has been filed. Respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ JEROME KAUFMAN, Individually and as Administrator of the Estate of LYNN KAUFMAN, Deceased, Respondent, v. AMERICAN YOUTH HOSTELS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court properly made? Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.